SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-2100
DIRECT FAX
(917) 777-2100
EMAIL ADDRESS
DAVID.MEISTER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

June 22, 2017

Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

        RE:    U.S. Commodity Futures Trading Commission
                  ("CFTC") v. Deutsche Bank AG, 16-cv-06544 (WHP)

Judge Pauley:

       We respectfully submit this letter on behalf of Deutsche Bank AG ("Deutsche Bank") pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Section I.D. of the Court's Individual Practices, to seek a 90-day extension of time to answer, move or otherwise respond to the CFTC's complaint in this matter. The response is currently due on Monday, June 26, 2017.

       Deutsche Bank's response to the complaint was initially due on October 17, 2016. The Court granted Deutsche Bank's first request for an extension, which was for an extension of 60 days after the Court-appointed monitor's first filing with the Court. (Order Granting Ltr. Mot., ECF No. 22.) The monitor filed on January 27, 2017, making Deutsche Bank response due on March 28. On March 24, 2017, the Court granted Deutsche Bank's second request for an extension for an additional 90 days to June 26, 2017. (Order Granting Ltr. Mot., ECF No. 33.) Today's request for a further extension would not affect any other scheduled dates in this case. Counsel for the CFTC has informed me that the CFTC consents to this request.

Honorable William H. Pauley III
June 22, 2017
Page 2

      We believe that the extensive work the monitor has already performed in developing the first monitor's report, and the additional work planned thereafter, as well as Deutsche Bank's work in supporting the monitor, will help shape the litigation and will help provide a path toward resolution. We therefore request a third extension for an additional 90 days from the current deadline of June 26 to respond to the complaint. Because the monitorship is expected to continue into 2018, we expect to seek the Court's permission for a further extension. Respectfully, we believe that, if granted, the requested extension would relieve Deutsche Bank from having to potentially litigate and remediate identical regulatory issues at the same time, conserve judicial and party resources, and be in the interests of judicial economy.

                                        Respectfully submitted,

                                        /s/ David Meister
                                        David Meister


cc: Amanda Burks
    Senior Trial Attorney, CFTC