UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>                                  Plaintiff,<br><br>            -against-<br><br>DEUTSCHE BANK AG,<br><br>                                  Defendant. | Case No. 1:16-cv-6544 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE ENTER THE APPEARANCE OF** Paul S. Atkins of Patomak Global Partners, LLC, in the above-referenced matter. I certify that I am admitted to practice in this Court.

Date:   August 8, 2017

Paul S. Atkins
Patomak Global Partners, LLC
750 17th Street, Northwest, Suite 1000
Washington, D.C. 20006
(202) 862-3920
patkins@patomak.com