

31 May 2018

The Honorable William H. Pauley, III
U.S. District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

          Re:    U.S. Commodity Futures Trading Commission v. Deutsche Bank AG, No. 16-cv-06544

Dear Judge Pauley:

    Today by electronic mail sent directly to the Court, I have filed the Fifth Report of the Independent Monitor in the above-referenced matter. The Report is filed under seal pursuant to the Court's Order dated 2 November 2017.

    I also have provided separate copies to the parties in this matter.

                                              Yours respectfully,

                                              Paul S. Atkins

750 17TH STREET N.W., SUITE 1000 • WASHINGTON, DC 20006 • +1.202.862.3920
623 FIFTH AVENUE, SUITE 2950 • NEW YORK, NY 10022 • +1.212.838.4400
WWW.PATOMAK.COM