# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-2100
DIRECT FAX
(917) 777-2100
EMAIL ADDRESS
DAVID.MEISTER@SKADDEN.COM

July 24, 2019

Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

**MEMO ENDORSED**

RE: U.S. Commodity Futures Trading Commission ("CFTC") v. Deutsche Bank AG, 16-cv-06544 (WHP)

Dear Judge Pauley:

We respectfully submit this letter to update the Court concerning the status of this matter, as the Court directed on May 20, 2019 (ECF No. 67). The parties are continuing to discuss a potential resolution of this matter to present to the Court for approval. We jointly request that the Court grant an additional 60 days for the parties to continue these discussions, and, if the Court approves this request for additional time, we propose to submit another status report to the Court by September 23, 2019. If prior to that date the parties are unable to negotiate a resolution, we will promptly notify the Court.

Respectfully submitted,

/s/ David Meister
David Meister

cc: Amanda Burks
James H. Holl, III

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

Application granted.

7.24.19