SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-2100
DIRECT FAX
(917) 777-2100
EMAIL ADDRESS
DAVID.MEISTER@SKADDEN.COM

November 20, 2019

Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

RE: U.S. Commodity Futures Trading Commission ("CFTC") v. Deutsche Bank AG, 16-cv-06544 (WHP)

Dear Judge Pauley:

We respectfully submit this letter to update the Court concerning the status of this matter, as the Court directed on September 25, 2019. (ECF No. 76.) Deutsche Bank and the staff of the CFTC have reached a settlement agreement in principal, which is subject to the approval of the Commission. Should the Commission approve, the parties will submit a proposed order to the Court for the Court's consideration. We therefore jointly request that the Court grant the parties time to finalize the settlement and for the CFTC staff to seek Commission approval. We propose that we be permitted to report back to the Court by January 24, 2020, either with a further status update or with a proposed order for the Court's consideration.

Respectfully submitted,

/s/ David Meister
David Meister

cc: Amanda Burks
Jim Holl