**MEMO ENDORSED**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK 10001-8602
————
TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-2100
DIRECT FAX
(917) 777-2100
EMAIL ADDRESS
DAVID.MEISTER@SKADDEN.COM

March 23, 2020

Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

**Application granted.**

RE:   U.S. Commodity Futures Trading Commission
      ("CFTC") v. Deutsche Bank AG, 16-cv-06544 (WHP)

Dear Judge Pauley:

    We respectfully submit this letter to update the Court concerning the status of this matter, as the Court directed on January 28, 2020. (ECF No. 82.) Deutsche Bank and the staff of the CFTC have reached a settlement agreement in principal, which is subject to the approval of the Commission. Should the Commission approve, the parties will submit a proposed order to the Court for the Court's consideration. The parties are continuing to work toward finalizing the settlement and jointly request that the Court grant additional time to finalize the proposed order and for the CFTC staff to seek Commission approval. We propose that we be permitted to report back to the Court by May 26, 2020, either with a further status update or with a proposed order for the Court's consideration.

Respectfully submitted,

/s/ David Meister
David Meister

cc:   Amanda Burks
      Jim Holl

SO ORDERED:

Dated: March 25, 2020
New York, New York

[signature]
WILLIAM H. PAULEY III
U.S.D.J.