UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

U.S. COMMODITY FUTURES TRADING : 16-Cv-6544 (SHS)
COMMISSION,
 :
        Plaintiff,
 : <u>ORDER</u>
  -v-
 :
DEUTSCHE BANK AG,
 :
        Defendant.
-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    This case was reassigned to this Court on July 28, 2021. On June 17, 2020, a Consent Order for Permanent Injunction, Civil Monetary Penalty, and Other Equitable Relief Against Deutsche Bank AG was signed by Judge William H. Pauley and consented to by all parties [Doc. No. 92]. Accordingly,

    IT IS HEREBY ORDERED that the Clerk of Court is directed to close this matter.

Dated: New York, New York
       October 20, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.